UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21842-CIV-LENARD/FLEISCHER LOUIS

ALETTA VAN BALDEREN,

      Plaintiffs,

v.

FOUR SEASONS MIAMI
EMPLOYMENT, INC.,

      Defendant.
_____/

## MEDIATOR'S REPORT

Mediation was held on February 11, 2022, with all parties and their counsel present via video conference. A settlement was reached.

      Respectfully submitted,

      **GRAYROBINSON, P.A.**
      333 S.E. 2nd Avenue, Suite 3200
      Miami, Florida 33131
      Telephone: (305) 416-6880
      Facsimile:  (305) 416-6887

      BY:   /s/ Marlene Quintana
           Marlene Quintana, Mediator
           Florida Bar No.: 88358
           marlene.quintana@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

BY:  /s/ Marlene Quintana
Marlene Quintana, Mediator

#46618891 v1