# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:21-cv-21842-JAL

ALETTA VAN BALDEREN,
DAGOBERTO TURCIOS,
SHIRLEY BOWRIN,
ROSARIO MIRANDA,
NATALIE ARIAS,
LUZ ROJAS,
NANCY LEGROS,
CLAUDIA ARGUEDAS,
JAIME RINCON,
JAIME SIEFKEN,
LUISA FORERO,
MIRIAM CASTILLO,
RAFAEL ANGEL-BELLO,
EDGAR PORRAS,
and all others similarly situated,

      Plaintiffs,

vs.

FS MIAMI EMPLOYMENT INC.,
a Florida corporation,

      Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, ALETTA VAN BALDEREN, DAGOBERTO TURCIOS, SHIRLEY BOWRIN, ROSARIO MIRANDA, NATALIE ARIAS, LUZ ROJAS, NANCY LEGROS, CLAUDIA ARGUEDAS, JAIME RINCON, JAIME SIEFKEN, LUISA FORERO, MIRIAM CASTILLO, RAFAEL ANGEL-BELLO, EDGAR PORRAS, and FS MIAMI EMPLOYMENT, INC., by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to dismissal of this action with prejudice.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

Dated: March 22, 2022

Respectfully submitted by:

*/s/J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Bayardo E. Alemán, Esq.
Florida Bar No. 28791
bayardo@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pba-law.com
Alexandra C. Hayes, Esq.
Florida Bar No. 109482
alex@pba-law.com
**PERERA ALEMÁN, P.A**.
12555 Orange Drive, Second Floor
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiffs*

/*s/Ashley S. Nunneker*
Ashley S. Nunneker, Esq.
Florida Bar No.: 1018356
John R. Hunt, admitted *pro hac vice*
Paul E. Wagner, admitted *pro hac vice*
anunneker@stokeswagner.com
jhunt@stokeswagner.com
pwagner@stokeswagner.com
**STOKES WAGNER, ALC**
One Atlantic Center, Suite 2615
1201 West Peachtree Street
Atlanta, Georgia 30309
404-766-0076

Kimberly A. Gilmour, Esq.
Florida Bar No.: 0475629
**KIMBERLY A. GILMOUR, PA**
4179 Davie Road, Suite 101
Davie, Florida 33314
954-584-6460
gilmourlaw@aol.com
*Counsel for Defendant*

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and that the foregoing documents being served this day on all counsel or parties of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
**PERERA ALEMÁN**
12555 Orange Drive, Second Floor
Davie, Florida 33134
Telephone: 786-485-5232

## SERVICE LIST

Ashley S. Nunneker, Esq.
Florida Bar No. 1018356
anunneker@stokeswagner.com
***STOKES WAGNER, ALC***
1201 West Peachtree Street, Suite 2615
Atlanta, GA 30309
***Via Email***
*Counsel for Defendant*

Kimberly A. Gilmour, Esq.
Florida Bar No. 0475629
gilmourlaw@aol.com
***KIMBERLY A. GILMOUR, PA***
4179 Davie Road, Suite 101
Davie, FL 33314
***Via Email***
*Counsel for Defendant*

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232